**REDACTED**

JS 45 (11/2002)

# Criminal Case Cover Sheet        U.S. District Court

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: No | Criminal Number: 2:15cr151 |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ | |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI#: | |
|---|---|---|
| Defendant Name: Ronald Miltier | | Alias Name(s): |
| Address: xxxxxxxxxxxxxxxx; Portsmouth, Virginia | | |
| Employment: | | |

| Birth Date: xx/xx/1961 | SS#: xxx-xx-7470 | Sex: M | Race: | Nationality: | Place of Birth: |
|---|---|---|---|---|---|
| Height: | Weight: | Hair: | Eyes: | Scars/Tattoos: | |

| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: |
|---|---|
| State ID | VA DL: |

## Location Status:

| Arrest Date: | |
|---|---|

☐ Already in Federal Custody as of: _____ in: __EDVA__.

| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
|---|---|---|
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

| AUSA: Joseph Kosky | Telephone No. 757-441-6331 | Bar #: 33127 |
|---|---|---|

## Complainant Agency, Address & Phone Number or Person & Title:

FBI, 509 Resource Row, Chesapeake, VA 23320; 757-647-0983; Special Agent David J. Desy

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(2)(A) | Distribution of Child Pornography | 1-7 | Felony |
| Set 2 | 18 U.S.C. § 2252A(a)(5)(B) | Possession of Material Containing Child Pornography | 8 | Felony |
| Set 3 | 18 U.S.C. § 2253 | Criminal Forfeiture | | Forfeiture |
| Set 4 | | | | |

(Continued on reverse)