*Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.*

United States District Court
Eastern District of Virginia
Norfolk Division



FILED
IN OPEN COURT

JUL 1 4 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.                                                      CASE NUMBER: 2:15cr00151-001

RONALD MILTIER

### VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT **RONALD MILTIER**:

As to COUNT 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____   *Guilty*
                                                                             NOT GUILTY    GUILTY

As to COUNT 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____   *Guilty*
                                                                             NOT GUILTY    GUILTY

As to COUNT 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____   *Guilty*
                                                                             NOT GUILTY    GUILTY

As to COUNT 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____   *Guilty*
                                                                             NOT GUILTY    GUILTY

As to COUNT 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____   *Guilty*
                                                                             NOT GUILTY    GUILTY

As to COUNT 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____   *Guilty*
                                                                             NOT GUILTY    GUILTY

As to COUNT 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____   *Guilty*
                                                                             NOT GUILTY    GUILTY

As to COUNT 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____   *Guilty*
                                                                             NOT GUILTY    GUILTY

REDACTED COPY                                              7/14/16
                                                          _____
                                                               DATE